```
 1  EDWARD M. KEECH #48098
    DAWN NEWTON #209002
 2  FITZGERALD ABBOTT & BEARDSLEY LLP
    1221 Broadway, 21st Floor
 3  Oakland, California 94612
    Telephone: (510) 451-3300
 4  Facsimile: (510) 451-1527
    Email: ekeech@fablaw.com; dnewton@fablaw.com
 5
    Robert L. Zisk
 6  David E. Worthen
    Tristan B.L. Siegel
 7  GRAY, PLANT, MOOTY, MOOTY
       & BENNETT, P.A.
 8  The Watergate
    2600 Virginia Avenue, N.W., Suite 1111
 9  Washington, D.C. 20037-1905
    Telephone:  (202) 295-2200
10  Facsimile:  (202) 295-2250
    Pro Hac Vice Admission pending
11
    Attorneys for Plaintiff
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNKIN' DONUTS LLC,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AHMAD SAFARI,<br>a resident of California,<br><br>Defendant. | Case No.: C06-03334 SI<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL |

Plaintiff Dunkin' Donuts LLC requests that the Court dismiss its action against Defendant Ahmad Safari without prejudice and without costs, attorneys' fees or sanctions as to all counts, claims and causes of action.

IT IS SO ORDERED.

Dated _____, 2006

_____
United States District Judge

1.
[PROPOSED] ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL
CASE NO.: C06-03334 SI

5/31/06 (23837) #247452.1